# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF373
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41509 | $139,683.41 | 8/6/2024 | T-453840801-2566-2 | 8/1/2024 | $139,683.41 |
| | 41509 | $137,950.87 | 8/6/2024 | T-82730801-2565-58 | 8/1/2024 | $137,950.87 |
| | 41509 | $87,506.11 | 8/6/2024 | T-82750801-2563-70 | 8/1/2024 | $87,506.11 |
| | 41509 | $242,046.47 | 8/6/2024 | T-82920801-2564-53 | 8/1/2024 | $242,046.47 |
| | 41645 | $207,028.54 | 9/4/2024 | T-82920831-2686-70 | 8/31/2024 | $207,028.54 |
| | 41645 | $169,919.44 | 9/4/2024 | T-82730831-2687-53 | 8/31/2024 | $169,919.44 |
| | 41645 | $100,549.03 | 9/4/2024 | T-82750831-2688-58 | 8/31/2024 | $100,549.03 |
| | 41645 | $151,626.45 | 9/4/2024 | T-453840831-2689-2 | 8/31/2024 | $151,626.45 |
| | 41656 | $159,423.43 | 10/8/2024 | T-453841002-2834-2 | 10/2/2024 | $159,423.43 |
| | 41656 | $230,091.54 | 10/8/2024 | T-82921002-2833-58 | 10/2/2024 | $230,091.54 |
| | 41656 | $108,121.03 | 10/8/2024 | T-82751002-2832-53 | 10/2/2024 | $108,121.03 |
| | 41656 | $150,392.03 | 10/8/2024 | T-82731002-2830-70 | 10/2/2024 | $150,392.03 |
| **Total Transfers** | **12** | **$1,884,338.35** | | | | **$1,884,338.35** |